## JACK HAWKINS v. STATE.

No. A-7388. Opinion Filed June 14, 1930.
(288 Pac. 1116.)

C. H. Baskin, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Hughes county on a charge of unlawfully transporting whisky, and was sentenced to pay a fine of $50 and to serve 30 days in the county jail.

An examination of the record discloses that at the time charged a deputy sheriff seeing defendant in an intoxicated condition, arrested him, and upon the search of his person found a half pint of whisky. There seems to be no question of his guilt. No material error is pointed out.

The case is affirmed.